FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 5 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR 07 - 1327 PHX-SRB-
(LOA)

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br>          v.<br><br>Daniel Pompa, Sr.,<br><br>                    Defendant. | **I N D I C T M E N T**<br><br>VIO:<br><br>18 U.S.C. §§ 1152 and 113(a)(3)<br>(CIR-Assault with a Dangerous<br>Weapon)<br>Count 1<br><br>18 U.S.C. §§ 1152 and 113(a)(6)<br>(CIR-Assault Resulting in Serious<br>Bodily Injury)<br>Count 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about January 4, 2007, in the District of Arizona, within the confines of the Colorado River Indian Tribes Reservation, Indian Country, DANIEL POMPA, SR., did assault Amy Gonzalez, an Indian, with a dangerous weapon, to wit: boots, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1152 and 113(a)(3).

/ / /

/ / /

/ / /

## COUNT 2

On or about January 4, 2007, in the District of Arizona, within the confines of the Colorado River Indian Tribes Reservation, Indian Country, DANIEL POMPA, SR., did assault Amy Gonzalez, an Indian, resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1152 and 113(a)(6).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: December 5, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

/s/

RAYNETTE LOGAN
Assistant U.S. Attorney