# Attachment 1



# Attachment 2

**Colorado River Indian Tribes**
**Police Department**

|  |  | 062289 |
|---|---|---|
| 309 5TH STREET   PEPPER SPRAYED | | 06-07-30-08755 |

| COMM | See Complaint | | | | | ADMIN/EVENT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/30/2006 | 07/30/2006 16:25 | | | Investigations | Probation | | | | |
| 07/30/2006 | HUMEUMPTEWA | | | X Prosecutor / BIA REC / CPS | Dist Atty / BHS / X TO BE FILED | NO | | | X |

| US | GONZALES AMY | | Am Ind | F | 24 | OCT 8 81 | 5 10 | 215 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 50 4090 | | | | | | | | | | 669-8194 |
| | NR | | | CRIT FIRE DEPARTMENT | | | | | | |

| IC | POMPA, DANIEL | | Hispanic | M | 44 | SEP 5 61 | 5 10 | 300 | BLK | BRN |
|---|---|---|---|---|---|---|---|---|---|---|
| 55-33-9819 | 555339819 | 1309 5th Street Parker, AZ. 85344 | | | | | | | | |
| | Non Resiedent | | CRIT FIRE DEPARTMENT , Parker, AZ. 85344 | | | | | | | |

AT 1625 HRS REC'D A  21 FROM THE R/P REQ AN OFC TO THE LISTED LOCATION
IN WHICH THE R/P DANIEL POMPA JR WAS PEPPERSPRAYED.  THE R/P ADVISED
THAT AMY GONZALES WAS THE ONE THAT SPRAYED HIM AND HE ADVISED NO
MEDICAL WAS NEEDED AT THIS TIME.  ADIVSED 3374 OF TRAFFIC.  AT 1633 HRS
3374 ADVISED WILL BE 10-97.  AT 1635 HRS C-900, 3374 ADVISED WILL BE C-
4.  AT 1640 HRS 3374 ADVISED WILL BE CLEAR FROM LOCATION 85 TO SPEAK
WITH OTHER PARTY.  AT 1647 HRS 3374 ADVISED WILL HAVE NEG CONTACT WITH
ATL VEH AND WILL BE 85 TO SPEAK WITH THE R/P.

AT 1705 HRS 3374 REQ IF THE 101 OR MALE SUBJ HAS ANY VALID 10-17'S  AND
REQ TO LOCATE 28 OF VEH THE 101 DRIVES. ADVISED NEG ON THE 10-17'S AND
28 INFO.  AT 1708 HRS 3374 REQ DR, ISSUED DR # 2289.  AT 1717 HRS 3374
ADVISED WILL BE 98 10-8 PICKED UP 10-17'S FROM SUBJ AND WILL BE ATL'ING
THE AREA FOR A BLUE OLDER MODEL CAVALIER AND ADVISED SUBJ AT 42 TO SEEK
10-17'S TOMORROW.
DISPOSITION #6
REPORT TAKEN
Person Reporting: LORI, C/D CENTRAL DISPATCH 669-2281

Synopsis:

On July 31, 2006, at about 1625 hours I was dispatched to 1309
fth Street, in reference to a male subject being pepper sprayed,
though no medical was needed.  Daniel Pompa Jr. was apparently pepper
rayed by Amy Gonzales while in his home.  Long form charges for
sorderly conduct and Threats or Endangerment are requested Amy
izales.

Police Department

|  |  |  |  |  |  | 062289 |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | PAGE NO. |
| 09 5TH STREET   PEPPER SPRAYED |  |  |  |  |  | 2 |

| OMM | See Complaint | ADMIN/EVENT |  |  |  |
|---|---|---|---|---|---|

| /30/2006 | 07/30/2006 16:25 | Investigations | Probation |  |  |
|---|---|---|---|---|---|
|  |  | BIA LES | Dist. Atty |  |  |
| /30/2006 | HUMEUMPTEWA | X Prosecutor | BHS | NO | X |
|  |  | CPS | X TO BE FILED |  |  |

Narrative:

        I arrived on scene and made contact with Daniel Pompa Jr. who was standing in his front yard.  Pompa told me that he did not need medical treatment nor did anyone inside of his house and, I observed that Pompa had pepper spray on his left shoulder.

        Pompa told me that he got into a verbal argument with Amy Gonzales; Gonzales is in an apparent friend of Pompa's sister Laura Pompa. Pompa told me that Gonzales was already told several times not to be calling the house or coming over.  Pompa admitted to telling her that if she wanted to fight, she could come over and that he would fight her.   Pompa told me that shortly after Gonzales came over to the house in her vehicle, and started to argue with him from the front the driveway. Pompa told me that he told Gonzales that if she wanted to fight to step into the yard.  Pompa told me that shortly after, Gonzales came up to the door with one hand behind her back and when she approached the door she sprayed him with pepper spray, but she did not strike him in the face only on the side of the neck and left shoulder.

        There were several witnesses to this act including Lois Jimenez an apparent cousin of Pompa, Jimenez confirmed the allegation, and his statement will be with this report. Laura Pompa was present and had a different opinion in the matter; her statement is also filed with this report.  Laura told me that Daniel was provoking Gonzales to come over and do something.  I advised Laura and Daniel that the crime was when Gonzales came over to the house, stepped onto the property and committed the alleged act.

        I have not spoken to Gonzales on this matter and after attempting to locate her for some time during the day of the incident, I was unable to make contact with her to get her side of the story.  I advised Pompa that he could seek a restraining order against Gonzales so that she was aware she could not call, be on their property, nor have any contact with Pompa.

        It is to my knowledge that since this request, Pompa retrieved a restraining order against Gonzales and she has been served.  This concludes my involvement in this matter, case will be forwarded to the prosecutor for review.

teve Angulo #3374

Colorado River Indian Tribes
**Police Department**

|  |  | 062289 |
|---|---|---|
|  |  | PAGE NO. 3 |

309 5TH STREET   PEPPER SPRAYED

| OMM | See Complaint | ADMIN/EVENT |
|---|---|---|

| 7/30/2006 | 07/30/2006 16:25 | ☐ Investigations ☐ BIA LES ☒ Prosecutor ☐ CPS | ☐ Probation ☐ Dist. Atty. ☐ BHS ☒ TO BE FILED | NO | ☒ |
|---|---|---|---|---|---|
| 7/30/2006 | HUMEUMPTEWA |  |  |  |  |

Police Officer C.R.I.T. P.D.

| GULO | 3374 | 07/30/2006 16:25 |  |  |
|---|---|---|---|---|

GE 1 OF 1

COLORADO RIVER INDIAN TRIBES

CASE NO: 06-2289-07

POLICE DEPARTMENT

# CITIZEN COMPLAINT

ME: Daniel Pompa Sr.    DATE OF BIRTH: 01/28/1956

DRESS: 1309 w 5th St    CITY: Parker    STATE: Az    ZIP CODE: 85344

LING ADDRESS: _____    CITY: _____    STATE: _____    ZIP CODE: _____

EPHONE: (925) 669-205?  ☒HOME ☐BUSINESS ☐MESSAGE    SOCIAL SECURITY NO: _____

HEREBY AFFIRM THAT I MAKE THE FOLLOWING STATEMENT VOLUNTARLY AND OF MY OWN FREE WILL AND ACCORD AND I FURTHER
AFFIRM THAT

| (DATE OF INCIDENT) | (TIME OF INCIDENT) | (LOCATION OF INCIDENT) |
|---|---|---|
| June 30 2006 | AT 4:00 | AT 1309 w 5th St |

SERVED THE FOLLOWING:

My sister (Laura) had my phone and I needed it back so I asked her for it then my sisters girlfriend (Amy) started talk shit over the phone as I was sitting on the computer then next thing you know my sister was getting ready and the you hear an engine rev up outside so my sister answer the door and there they are in the car and Amy starts talking some crap gets out of the car and says "come on" so I said walk over here to her house then starts walking up to her had a child there then I turn around and walked into the house she still kept coming then she came up to the door and stuck her hand in the door and sprayed me and she took off and said that she would get me back tonight and that was it.

I ATTEST THAT I HAVE READ THE ABOVE STATEMENT IN ITS ENTIRETY (OR IT HAS BEEN READ TO ME IN ITS ENTIRETY) AND IT IS A
_ AND COMPLETE STATEMNET TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION IN HAVE INITIALED EACH CORRECTION AND
ALL OF THE ERRORS CONTAINED HEREN.

RE: _____    DATE: 7/30/06

SEE REVERSE SIDE

GE_____ OF _____                    COLORADO RIVER INDIAN TRIBES

CASE NO: 06-228907                          POLICE DEPARTMENT

## CITIZEN COMPLAINT — 928-916-0197

ME: Luis Jimenez              DATE OF BIRTH: 7/7/88

DRESS: ~~0000~~ ~~Osoreo~~ 1402 Desert Ave, CITY: Parker    STATE: AZ  ZIP CODE: 85344

LING ADDRESS: P.O. Box 1801    CITY: Parker    STATE: AZ  ZIP CODE: 85344

EPHONE: (928) 669-8655    ☑HOME ☐BUSINESS ☐MESSAGE    SOCIAL SECURITY NO: 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

HEREBY AFFIRM THAT I MAKE THE FOLLOWING STATEMENT VOLUNTARLY AND OF MY OWN FREE WILL AND ACCORD AND I FURTHER AFFIRM THAT

| (DATE OF INCIDENT) | (TIME OF INCIDENT) AT | (LOCATION OF INCIDENT) AT |
|---|---|---|
| | | |

SERVED THE FOLLOWING:

I was sitting down in the room when that girl amy called my cuzzin Daniel pempen Jr. cell phone and started talkin shit to him bout fighting and his girl friend. The like an hour later She came down the hill from her house and was revving up the engine of her car, and larry opened the door an amy was standing the street calling my cuzzin over then she ran up 2 the

door and pulled out the pepper spray and sprayed him in the face an took on that was it that I saw.

ATTEST THAT I HAVE READ THE ABOVE STATEMENT IN ITS ENTIRETY (OR IT HAS BEEN READ TO ME IN ITS ENTIRETY) AND IT IS A
AND COMPLETE STATEMNET TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION IN HAVE INITIALED EACH CORRECTION AND
ALL OF THE ERRORS CONTAINED HEREN.

RE: Luis Jimenez                    DATE: 7/30/06

SEE REVERSE SIDE

E  OF

COLORADO RIVER INDIAN TRIBES

ASE NO: 06-2289-07

POLICE DEPARTMENT

## WITNESS STATEMENT

E: Laura Pompa    DATE OF BIRTH: October 14, 1983

RESS: 1309 W. 6th St.    CITY: Parker    STATE: AZ    ZIP CODE: 85344

ING ADDRESS: _____    CITY: _____    STATE: _____    ZIP CODE: _____

PHONE: NA    ☐HOME ☐BUSINESS ☐MESSAGE    SOCIAL SECURITY NO: 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

EREBY AFFIRM THAT I MAKE THE FOLLOWING STATEMENT VOLUNTARLY AND OF MY OWN FREE WILL AND ACCORD AND I FURTHER AFFIRM THAT

| TE OF INCIDENT) | (TIME OF INCIDENT) 1630 | (LOCATION OF INCIDENT) |
|---|---|---|
| July 30, 2006 | AT APPX 430 pm | AT 1309 W. 5th St. |

ERVED THE FOLLOWING:

my Gonzales was asked several times by
aniel Pompa Jr. to come down to our house
he could fight her over the phone, she after about
minutes came down as she was requested to
d Daniel Pompa Jr. opened the door when the
ehicle she was in reved the engine. he stepped
tside and asked her to come on to the property
she did and immediately Daniel Pompa Jr
turned to the house and stepped inside Amy Gonzales
en stood outside the front door and aimed pepper
the direction of Daniel Pompa Jr. however his back
s to her. She then got a cigarette from me and
it.
The Phone call was made by me at @ appx. 400 pm (1400)
his (Daniel Pompa Sr) cell phone because he was
ng the house phone for dial up internet. he took the
one back and started talking and arguing with her.

ATTEST THAT I HAVE READ THE ABOVE STATEMENT IN ITS ENTIRETY (OR IT HAS BEEN READ TO ME IN ITS ENTIRETY) AND IT IS A
AND COMPLETE STATEMNET TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION IN HAVE INITIALED EACH CORRECTION AND
ALL OF THE ERRORS CONTAINED HEREN.

RE: Laura Pompa    DATE: 7/30/06

SEE REVERSE SIDE

# Attachment 3

IN THE TRIBAL COURT
OF THE COLORADO RIVER INDIAN TRIBES

Case No: CV-TO 2006-0149

Antonia Corona )
    Plaintiff, )
vs. )
Amy Gonzalez )
    **Defendant,** )

# AFFIDAVIT

I,  Antonia Corona & Daniel Pompa Sr. , BEING DULY SWORN MY OATH, SAY THAT I AM REQUESTING TEMPORARY RESTRAINING ORDER AGAINST **Amy Gonzalez**

To:

From:

I Antonia Corona and Daniel Pompa Sr. and Daniel Pompa Jr., would like a temporary restraianing order against Amy Gonzalez who resides at the corner of 5th & Kofa Avenue in Parker, Arizona southwest corner, light blue house no numbers are displayed on this house or on the mail box. We, and I am speaking for Daniel Pompa Sr and Jr. don't want he calling our house phone or coming near our house. We reside at 1309 5th street in Parker, Arizona. I refer to reference case # 06-2289-07 when CRIT Police were called at which time she pepper sprayed Daniel Pompa Jr. at our house and she has made verbal threats to us on the phone, and when we see her in person. We don't trust her, and are afraid she'll do harm to us. On July 30th 2006 at about 4:00 PM was when the pepper spray incident took place. In May 2006 she called our house talking crap to us, like "I'm gonna kick your ass, and telling us to watch our backs" . I've also included a photo of her using drugs, this is the reasons we are afraid of her that she would be capable of harming us or our property, we are in f ear of our own safety.

AFFIANT _____

STATE OF ARIZONA     )
             )ss:
             )
COUNTY OF LA PAZ    )

THIS ABOVE AFFIDAVIT WAS SUBSCRIBED and SWORN TO BEFORE ME THIS 31st DAY OF _____July_____ , 2005.
MY COMMISSION EXPIRES:

_____
        NOTARY PUBLIC

July 13, 2007



TARA FISHER
Notary Public - Arizona
LA PAZ COUNTY
My Comm. Exp 7-13-07

# Attachment 4

Re: Daniel Pompa, Sr.


To Whom It May Concern:

I am writing this letter on behalf of Daniel Pompa, Sr., I have had the pleasure of getting to know Daniel as a co-worker with the CRIT Fire Department and also as a person with a heart bigger than himself these past two (2) years.

I have witnessed his generosity to both the town of Parker and the CRIT Tribal community with his selfless giving of himself and his time to many youth activities, community events and departmental functions. Daniel possesses the ability to draw adults and children alike with his funny and often-times loud humor which only makes him the kind of person you want to be associated with.

Daniel is also employed by the CRIT Fire Department as a Captain with certifications as an Emergency Medical Technician, Open water Diver, Wild land Firefighter, Fire Investigator and has been the recipient of a Medal of Valor for his life saving skills and efforts. With these accomplishments to his credit I would not hesitate to trust his skills nor doubt his genuine care and concern for the people of our community.

I am pleased to call Daniel a trusted and caring friend I can turn to in a time of need whether it is professionally or personally.

Respectfully submitted,

Ingrid Stanley
Secretary/Volunteer FF-EMT
Colorado River Indian Tribes
Fire Department

**Parker Unified School District #27**
**Transportation Department**
**P.O. Box 1090 20th St. & Navajo**
**Parker, AZ 85344**
**Phone: (928) 669-2446**

**Robert W Cozby**
**6864 Bonnie Dr.**
**Parker, AZ 85344**
**(928) 667-3350**

**Subject: Daniel Pompa**

Daniel has been employed by the Parker Unified School District Transportation Department since October of 1991. He was a full-time school bus driver until 2001 and has been an on-call substitute driver through the present time.

I have been with the district since January of 2000 and have known Daniel since that time. He has been an exemplary employee during the time I have been here. He has always been willing to go over and above what is expected of him. He has always been willing to do whatever is needed for the school district and his fellow drivers.

He has shown tremendous personal character in his position. He has been a mentor to me as a driver and everyone who has been hired during his employ. Daniel has shown tremendous concern for the students on his bus; insisting that their safety is paramount and operating accordingly.

Daniel is an asset to the school district and the community of Parker.

If more information is needed, please feel free to contact me at the numbers listed.

**Robert Cozby**
**Parker Unified School District #27**
**Transportation Supervisor**
**(928) 669-2246**

Windows Live

# Amy Gonzales

From: **Ermelinda Bosquez** (ebskz@sbcglobal.net)
Sent: Wed 12/12/07 11:22 PM
To: coron70@hotmail.com

To whom it may concern;

My name is Ermelinda Bosquez, I currently reside at 14461 Rd 193, Poplar, CA 93258. You can contact me on my cell (559) 359-0262 or my home # (559) 781-7546.

I wanted to take a few moments to give my point of view of Amy Gonzales and her relationship with Laura Pompa.

Laura and Amy came to live at my mom's house the later part of May 2007. At the begining it seemed like we were helping a coulple girls in need, however there were several confrontataions that changed our minds.

During the time Amy and Laura stayed at my mom's house I noticed Amy to be manipulative, and demanding of Laura.
Amy claimed she came to California to help Laura but actions speak louder than words. Amy never got a job. She hung out at home either sleeping, eating or visiting next door. A few times I drove up and smelled in the air, what I thought was marijuana, I later found out I was right and they were getting high. Amy continually spoke badly of Laura's parents and brother. She was more like a burden than help. I'm not sure why Laura could not see what was going on.

On one occassion, I was talking with Laura about Laura's family, reminding Laura her parents are her parents no matter what and sometimes as a parent we make decisions that may be best. I told Laura to remember what life was like with them and she should consider picking up the phone and mending the relationship. Laura agreed at first, then Amy added her two cents by saying Daniel And Tonia were going to pay first. About that time Laura got quite and Amy took over the conversation, only to say negative comments.

There were a few situations where she instigated arguments with my brother Hector and later with his wife. The odd thing about that was at the time Hector and Tash were offering them rides to and from town so they wouldn't have to walk. Another time Amy blamed their daughter, Monique for stealing about 10 DVD's, the movies were found on their bed under the sheets where Amy had left them.

Although, Amy tries to portray herself as a male, she tends to forget she is and always will be a female. I believe she acts out as a guy and pushes to the limits to prove to herself she can be manly; what Amy doesn't realize is there are consequences.

I hope this will help someone see Amy is not what she seems to be.
If you have any questions or comments regarding this email, please don't hesitate to call me.
Regards,
Ermelinda

December 13, 2007

To Whom it may concern,
My name is Adriana Jimenez,
The season for my statement is
I have known Amy Gonzales
for about 2 years now.
I just want to clairify the type
of person she is.
When I first meet Amy it
was back in my days of Drug
Using. Now you may say that
Amy is a female but she betrays
herself as a male. There has
been many times even to this
Day were I have felt threaten
& scared for my safety. Even
now, at this moment, when she finds
out about this statement. I do
have some what of a friendship
with her          I do have a
a better friendship with my
Cousin Laura Pompa.
Ever since this has all happened
it's been crazy & hard on my self.
I do talk with Laura Pompa
& it hurts me when she talks
down on her family & just

talks badly about them. Also there has been many, many times where Amy has said stupid comments that make me mad like, for instience, Posting comments towards the Pompa family (my uncle Daniel) & saying "Soon, they think their untouchable but, you wait & see, they have no idea whats coming to them & Daniel will go to jail." Amy stated. Also before that Amy & Laura both spoke about My Aunt Tonia & possibly my Cousin Daniel Pompa Jr. getting served with a subpoena & like a few days later my Aunt was served with a Subpoena.

All I have to say about Amy G. is that she is evil, coniving, person. Also I have mention to Laura many times that. when I think of Amy & their relationship it's just like when were in DV Group Amy reminds me so much of the power & Control wheel.

Also, I know for a fact that they both are still using, & smoking weed & Meth because there has been a few times I have loaned Amy & Laura my car & when I get it back it has stunk like weed & Meth & I got after her for that cause I have 4 children & they don't need to be around that stuff. That alone shows you that they don't have any respect for nobody.

This is all for now, but there is much more to say. If my assistance is needed to testify on Mr. Pompa's behalf you can reach me at (928) 669.5342 HM.

Sincerely,
Adriana Jimenez
Adriana Jimenez

On Jan 4th 2007, I Robert Castillo and my wife Lillian Castillo went over to Daniel Pampa and Antonia Corcoras house. We went over to visit because we had heard that Daniel Pampa had got into some problems with Amy Gonzalez. We just wanted to know what had happened. While visiting, Daniel Pampa had recieved a couple of phone calls. The first call was so loud that I heard it sitting in the living room and Daniel Pampa was sitting in the Kitchen. I heard music with gun shots going in the background. The gun shots was part of the music. Daniel Pompa would say hello, but nobody would answer. So whoever it was they hung up. The second time Daniel Pompa's cell phone rung, it was the same thing. I put the phone to my ear and heard the same thing. This time you could hear somebody laughing when they hung up. The music had gun shots and it's about somebody dying. When Daniel Pampa got off the phone, he immediately called C.R.I.T Police Department. When the Police arrived, they stayed for a few minutes to see if Daniel Pampa would recieve anymore phone calls, but nobody called anymore.

Robert Castillo    12/13/07

On the night of January 4th 2007 I was stopping by my uncle's house to pick something up and the visit was quick so my husband and I left the kids in the car. Once inside we started talking so I went back outside to get the kids off the Tahoe because we decided to stay a little longer, while I was getting the kids off the car I could hear some one in the distance saying something like "urder.." then as the kids were going inside I went back to the Tahoe to get my purse and I hear the same thing only I heard it a little more clearer… I clearly heard the word "murder" and it wasn't one time it was three times. I got really scared and left my purse in the Tahoe and just locked it and went inside, I told my aunt what I heard and they said they were calling the cops because they were getting prank calls with rap music indicating guns shots and killing people. Once the police arrived they said that we had to write up a statement and turn it in we did because my husband was the one who heard the music on the phone with Daniel and Tonia.

My name is Lilliana Castillo and I can be reached at 928-916-9513

12/10/07

To whom it may concern;

    I Johnny Perez have known Daniel Pompa Sr. for over 20 years. Daniel has always been a trusted and respected member of our community. He is a man with integrity and strong morals. He is always putting other peoples needs before himself. Daniel has always displayed a level of self control in all situations. I never witnessed Daniel losing control of his temper. He has always maintain a level of proffessionalism in all aspect of his life.

Sincerely;

Johnny Perez

1301 S. Palo Verde Ave
#6 Parker, Az 85344
928-486-9154

**To Whom It May Concern:**

**My name is Jesus Carrera, I have lived in Parker Arizona for twenty- three years, and of those twenty- three years I have known Mr. Daniel Pompa for at least seventeen years.**

**In these years I have never known Mr. Pompa to have not been an instigator of any altercations nor be physical in any nature. Mr. Pompa has been a part of this community for several years, and in these years he has been a very productive individual and extremely supportive to our community. Mr. Pompa is a Fire Fighter for the Colorado River Indian Tribes Reservation, and also does an enormous amount of volunteer work for our community.**

**This man has a big heart and will do whatever necessary to protect his friends and family if need be. I can rant and rave all day about how wonderful this man is but you will decide his fate.**

**Thank you for reviewing this document your time was greatly appreciated.**

**Sincerely,**

**Jesus Carrera**

Angela Salazar
22522 Eddy Rd.
Parker, AZ 85344
December 12, 2007

To Whom It May Concern:

It is with great pleasure that I was asked to write a character letter for Daniel Pompa Sr. I have known him for over twenty years. He has been a friend to the family since I was a little girl.

Daniel has always displayed a high degree of integrity, responsibility, and ambition. He is definitely a leader rather than a follower. In addition to his excellent people skills and he has proven his leadership ability by helping with the soccer league and T-ball in Parker to provide young people an opportunity to compete and learn good sportsmanship.

Daniel is also a sincere family man that has much love for his immediate family and his Fire Department family. If I was to call him and ask for a favor or if I was broken down on the side of the road he would either come and help me or make some other arrangements to have someone come and help me. Because that's the kind of man he is.

He is also a most dependable team player. His good judgment and mature outlook ensure a logical and practical approach to his endeavors.

I am happy to give him my wholehearted support.

Sincerely,

Angela Salazar

To whom it may concern:

My name is Chris Florence and this letter is about Daniel Pompa Sr. I am a firefighter/EMT with River Medical and Quartzsite Fire Department. I have known Mr. Pompa since I started my career in EMS about four years ago; he is highly respected by all the local fire Department and the ambulance company in Parker.

I have been on many stressful emergencies, full arrests, and fires. His number one priority has always been the victims needing help and the other EMTs and Firefighters. He has always been a person to count on. He is a corner stone at CRIT Fire Department, a lot of the firefighters look up to him and respects him. As long as I have known Mr. Pompa he has never promoted an act of violence only the opposite.

He is a man of integrity, valor, discipline, honor, and courage. He is an inspiration to the cadets in the fire academy and the firefighters already working in the fire service. As they say in the fire service, when a fellow brother or sister firefighter needs help the others are there to help them back up to their feet and that is one of the many reasons that I am writing this letter.

Mr. Pompa is a great person who has a huge heart, his sacrifice for the better of others is a wonderful trait that others can use. Thank you for your time.

Chris Florence

*Chris Florence*

12, 13, 07

To whom this may concern.

My name is Luis A. Gutierrez, I am currently a EMT/firefighter with the Colorado River Indian Tribes. fire Department. As a Captain and co-worker, Daniel Pompa Sr. is a all around stand up guy. Alwalys willing to help anyone in need, He is a loving father. Supporting his kids no matter what. I feel this is a big lost not just to his flamily but to the fire Department I hope he gets that opportunity, to prove himself and to get past this hard time in his life.

# Attachment 5

# LIFE SAVING AWARD

The Colorado River Indian Tribes
Police Department Recognizes

# DANIEL POMPA

For his life saving efforts
when he rescued a driver
submerged in a car at the
bottom of the main canal on
May 16, 2005

His actions as a rescue diver
saved the life of an individual
who would have otherwise perished.